UNITED STATES of America ex rel. Athan PERRY, alias, Nick Serakos, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION, Ellis Island, New York Harbor, Respondent-Appellee.

No. 119.

Circuit Court of Appeals, Second Circuit.

March 21, 1932.

George Z. Medalie, U. S. Atty., of New York City (Harry G. Herman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Shorr, Brodsky & King, of New York City (George C. Vournas, of Washington, D. C., and Carol Weiss King, of New York City, of counsel), for appellant.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.